**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7515**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY WHITAKER,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-94-372-A, CA-98-408-A)

———————

Submitted:  April 29, 1999          Decided:  May 4, 1999

———————

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony Whitaker, Appellant Pro Se.  Jennifer Joan Shasky, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Whitaker seeks to appeal the district court's order denying his motion seeking a reduction of his sentence, which the district court properly construed as a 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998) motion.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal because the § 2255 motion was barred by the one-year limitations period.  See Brown v. Angelone, 150 F.3d 370, 375-76 (4th Cir. 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2